UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　　　CASE NO. 8:18-CR-353-T-17AAS

ANITA HARMON.

_____/

ORDER

This cause is before the Court <u>sua sponte</u>. This case was transferred to the Middle District of Florida from the District of Colorado pursuant to Fed. R. Crim. P. 20 (a). Defendant Harmon has indicated that Defendant does not want to enter a guilty plea. (Dkt. 9). The Court therefore directs the Clerk of Court to return this case to the District of Colorado, pursuant to Fed. R. Crim. P. 20(c). Accordingly, it is

**ORDERED** that the Clerk of Court **shall return** this case to the District of Colorado for prosecution.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 14th day of September, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record